Argued December 19, affirmed December 19, 1972, petition
for rehearing denied January 10, petition for
review denied March 30, 1973

STATE OF OREGON, *Respondent, v.* CHARLES LEE PERRY (No. C-72-06-2032 Cr), *Appellant.*

503 P2d 1254

*James M. Haberstad,* certified law student, Willamette University, Salem, argued the cause for appellant. With him on the brief were Gary D. Babcock, Public Defender, and Robert C. Cannon, Deputy Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.